# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JAMAR BLAINE PERRY, | : No. 49 WM 2023 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| JUDGE JOHN D. MCBRIDE, JUDGE | : |
| KIM TESLA, DISTRICT ATTORNEY | : |
| JOHN LEE BROWN, DISTRICT | : |
| ATTORNEY AHMED AZIZ AND | : |
| PENNSYLVANIA ATTORNEY | : |
| GENERAL, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of November, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.